IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT WILLIAMS and LAVERNE WILLIAMS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-124C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT

Defendant respectfully requests the Court to grant an enlargement of time of 53 days, to and including June 16, 2006, within which to file its response to the complaint. The response is currently due on April 24, 2006. Counsel for plaintiffs has informed counsel for the defendant that he does not consent to this request for an enlargement of time. No previous enlargements of time for this purpose have been requested or granted.

Counsel of record promptly furnished a copy of the complaint to the United States Department of Agriculture ("USDA"). The USDA has advised that the litigation report required by 28 U.S.C. § 520 will be completed during the week of April 17, 2006. However, counsel for the Government has other commitments that require a substantial amount of her time, and which preclude her from reviewing the litigation report and preparing defendant's response to the complaint by the current due date for our response.

In particular, counsel will be in New Mexico to conduct discovery and engage in settlement discussions in Silver State Construction Co. v. United States, Fed. Cl. 05-978C, during the week beginning April 17, 2006. She is required to present an oral argument in Commercial Casualty Ins. Co. v. United States, Fed. Cl. No. 03-2033C, and Cincinnati Ins. Co.

v. United States, Fed. Cl. No. 05-751C, on April 28, 2006. On the same date, she is required to file a supplemental brief in Peoples v. United States, Fed. Cl. No. 05-214C. On May 12, 2006, counsel is required to file a reply brief in Travelers Insurance, and a brief in SAB Construction, Inc. v. United States, Fed. Cir. No. 06-5009. Counsel is required to file a brief in New Valley Corp. v. United States, Fed. Cl. No. 94-785C, on May 26, 2006. Finally, counsel has planned to be on leave from the office from June 5 through June 12, 2006.

For the foregoing reasons, we respectfully request the Court to grant defendant's motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant

April 14, 2006