# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed April 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ROBERT WILLIAMS and LAVERNE WILLIAMS,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

On April 14, 2006, Defendant filed an unopposed motion for an enlargement of time of 53 days, to and including, June 16, 2006, in which to file its response to the complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**