dismissal motion from July 17, 2006 to August 22, 2006, a period in which Counsel believes he may be able to retrieve the information from Plaintiff Laverne Williams in order that he may appropriately respond.

Defendant will not be injured or prejudiced by the Court's granting this motion for enlargement.

This is the first request for enlargement of time herein. The motion is not made for delay, but rather, it is made in the interest of justice.

Counsel has attempted to confer with Ms. Dorie Finnerman on this motion. However, he was unable to confer with her regarding this motion. Counsel can only say that in a prior request when Counsel thought the response was due within ten (10) days of June 16, 2006, Ms. Finnerman had no objection. Counsel does not know, however, what Ms. Finnerman's position is on this motion.

Plaintiffs pray the Court grant their Motion for Enlargement of Time to File Response to Motion to Dismiss up to August 22, 2006.

Respectfully submitted,

James W. Myart, Jr. P.C.
1104 Denver Blvd, Suite 300
San Antonio, Texas 78210
Phone: (210) 533-9461
Fax: (210) 533-4815

By:______________________________
James W. Myart, Jr.
Federal Bar No. TX 0021

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **No. 06-124C (Judge Williams)** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**
**TO FILE RESPONSE TO MOTION TO DISMISS**

Robert and Laverne Williams, Plaintiffs, file this Motion for Enlargement of Time to File Response to Motion to Dismiss and would show good cause as follows:

Defendant filed their motion to Dismiss on June 16, 2006. The Court set July 17, 2006 as the date Plaintiffs were to file their response.

Plaintiffs seek the court enlarge the time for filing of the response as Plaintiff Laverne Williams, due to recurring illness associated with Defendant's actions herein as complained, has been unable to assist counsel in preparation of the response. Plaintiff Williams' psychologist, Dr. Waymond Hinson, Ph.D., has issued a medical statement in regards to Plaintiff Laverne Williams' condition and ability to participate at this time. The statement and his prior report are attached hereto, marked Exhibit A; same being incorporated herein as if fully set forth verbatim.

Plaintiffs and Counsel, thus, seek the court enlarge the time to file response to the