# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) |
| **Plaintiffs** | ) |
| **v.** | ) **No. 06-124C (Judge Williams)** |
| **THE UNITED STATES OF AMERICA** | ) |
| **Defendant** | ) |

**PROPOSED ORDER**

After review of the enlargement matter before, the Court is of the opinion that good cause exits for the enlargement of time for Plaintiffs to respond to the Defendant's Motion to Dismiss.

Accordingly, the Plaintiffs' enlargement motion is hereby GRANTED.

Plaintiffs' response is due on August 22, 2006.

______________________________
**Mary Ellen Coster Williams**