# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed October 3, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **ROBERT WILLIAMS and** | * |
| **LAVERNE WILLIAMS,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

On July 17, 2006, Plaintiff filed an unopposed motion for an enlargement of time in which to file its response to the Defendant's motion to dismiss. Good cause having been shown, this motion is **GRANTED**. Plaintiff shall file its response to Defendant's motion to dismiss by **November 3, 2006**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**