**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **No. 06-CV-124 MCW** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO THE UNITED STATES MOTION TO DISMISS**

Plaintiffs received Defendant's reply to their Response Defendant's Motion to Dismiss on November 17, 2006. Defendant, again, employs a Herculean and lengthy attempt to convince this Court that the PLAINTIFFS (and other Black Farmers with similar USDA settlement contracts) do not have the right to come to this Court for relief in spite of the fact that Congress created this Court for the very purpose for which they seek relief.

The Defendant's reply is nine (9) pages long, full of additional law and legal precedent and contains an exhibit twenty or so pages in length. Plaintiffs wish to file a effective surreply to fully address the Defendant's issues and to preserve their rights in accordance with law.

Plaintiffs, therefore, request the court grant Plaintiffs approval to file a Surreply to

Defendant's Reply to Plaintiffs' Response to Defendant's Motion to Dismiss and that such Surreply be due to the Court on or before December 15, 2006.

Respectfully submitted,
James W. Myart, Jr. P.C.
1104 Denver Blvd.
San Antonio, Texas 78210
Phone: (210) 533-9461
Fax: (210) 533-4815

By: /s/______________________________
James W. Myart, Jr.
Federal Bar No. TX0021

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served pursuant to the Courts ECF system, in accordance with the Local Rules, on 20th day of November, 2006, to the following:

Kirt T. Manhardt
U.S. Department of Justice

/s/__________________
James Myart

**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **No. 06-CV-124 MCW** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**PROPOSED ORDER**

On this day came to be heard Plaintiffs' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO THE UNITED STATES MOTION TO DISMISS.

After considering Plaintiffs' Motion, the Court has determined that this motion is meritorious and is hereby GRANTED. Plaintiff shall file his SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO THE UNITED STATES MOTION TO DISMISS on or before____________, 2006.

____________ ______________________________
DATE PRESIDING JUDGE