# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed November 27, 2006)**

| | |
|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS,** | |
| **Plaintiffs,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO THE UNITED STATES MOTION TO DISMISS**

On November 20, 2006, Plaintiff filed a motion for leave to file a surreply to Defendant's reply to Plaintiffs' response to Defendant's motion to dismiss. Plaintiffs' motion is **GRANTED**. Plaintiff's surreply to Defendant's reply to Plaintiffs' response to Defendant's motion to dismiss is due on or before **December 15, 2006**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**