# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed April 6, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT WILLIAMS and**
**LAVERNE WILLIAMS,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER DIRECTING SUPPLEMENTAL BRIEFING

The parties are hereby **ORDERED** to file supplemental briefs on Defendant's motion to dismiss discussing the issues identified in the April 5, 2007 status conference in accordance with the following schedule:

1. **May 17, 2007** Defendant's supplemental brief due
2. **June 29, 2007** Plaintiff's supplemental response due.
3. **July 20, 2007** Defendant's supplemental reply due.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**