IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) |
| **Plaintiffs** | ) |
| **v.** | ) **No. 06-124C (Judge Williams)** |
| **THE UNITED STATES OF AMERICA** | ) |
| **Defendant** | ) |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

**TO THE HONORABLE JUDGE OF THIS COURT:**

NOW COMES, Robert & Laverne Williams, by and through counsel and files this their MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS and would show the court the following:

1. Plaintiffs response was due on May 28, 2007, which was a federal holiday.

2. Counsel for Plaintiff was preparing in and was engaged in a civil jury trial, Case Name: ***Martin v. San Antonio Police, et al,*** Case Number: 5:05-cv-20, Western District of Texas, USDC, Judge Xavier Rodriguez, Presiding, For the entire week of May 21, 2007 until May 25, 2007. Due to counsels due diligence in ***Martin v.SAPD***, and the Memorial Holiday, counsel was unable to adequately compile a response.

3. Additionally, counsel will be out of the city the entire week from May 29-June 2, 2007 in order to take depositions and attend to other discovery issues in ***Williams v. Johanns***, Case No.03-cv-2245 CKK JMF, U.S. District Court for the District of Columbia.

4. Counsel has not conferred with opposing counsel Mr. Kirk Manhardt on this matter and, therefore, he does not know his position on this motion.

5. This request is not made for delay, but in the interest of justice.

Wherefore, premise considered, counsel prays the court grant this motion for enlargement of time to respond to DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS and set the time to respond to June 15, 2007.

Respectfully submitted,

James W. Myart, Jr. P.C.
1104 Denver Blvd
San Antonio, Texas 78210
Phone: (210) 533-9461
Fax: (210) 533-4815

By:__/s/____________________
James W. Myart, Jr.
FBN: TX0021
Jwmyartlaw@satx.rr.com
ATTY FOR PLAINTIFF

**CERTIFCATE OF SERVICE**

A copy of the foregoing has been served this 29th day of May, 2007 on Mr. Kirk Manhardt, Counsel for Defendants via ECF and FAX .

/s/______________________
James W. Myart, Jr.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant** | **No. 06-124C (Judge Williams)** |

**ORDER**

On this day came to be heard Plaintiff's MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS.

It is found that Plaintiff's motion is meritorious, therefore, the motion is hereby GRANTED.

Plaintiff's responses are now due on June 15, 2007.

__________________ DATE

______________________________ JUDGE PRESIDING