IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **No. 06-124C (Judge Williams)** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

**TO THE HONORABLE JUDGE OF THIS COURT:**

NOW COMES, Robert & Laverne Williams, by and through counsel and files this their MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS and would show the court the following:

1. Plaintiff mistakenly thought their response to DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS was due on May 29, 2007, however, the response is due on June 29, 2007.

2. Plaintiff hereby makes a voluntary request that document number 19 be stricken from the record.

Wherefore, premise considered, counsel prays the court grant this MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS.

Respectfully submitted,

James W. Myart, Jr. P.C.
1104 Denver Blvd
San Antonio, Texas 78210
Phone: (210) 533-9461
Fax: (210) 533-4815

By:__/s/____________________
James W. Myart, Jr.
FBN: TX0021
Jwmyartlaw@satx.rr.com
ATTY FOR PLAINTIFF

**CERTIFCATE OF SERVICE**

A copy of the foregoing has been served this 29th day of May, 2007 on Mr. Kirk Manhardt, Counsel for Defendants via ECF and FAX .

/s/____________________
James W. Myart, Jr.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant** | **No. 06-124C (Judge Williams)** |

**ORDER**

On this day came to be heard Plaintiff's MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS.

It is found that Plaintiff's motion is meritorious, therefore, the motion is hereby GRANTED.

Document number 19 shall be stricken from the record.

__________________ ______________________________

DATE JUDGE PRESIDING