# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed May 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On May 29, 2007, Plaintiffs filed a motion for enlargement of time to file its supplemental brief and, subsequently, a motion to strike that same motion for enlargement of time. The Court **GRANTS** the motion to strike. The motion for enlargement of time is **STRICKEN** from the record.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**