**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **No. 06-124C (Judge Williams)** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF**

NOW COMES ROBERT AND LAVERNE WILLIAMS, Plaintiffs, by and through undersigned counsel, and files this their PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF and in support thereof would show the Court the following:

1. Plaintiffs' response to Defendant's Supplemental Brief is currently due on June 29, 2007.

2. Counsel for Plaintiff has been out of his office on business for the past two weeks and, therefore, has not had adequate time to complete his response.

3. Counsel for plaintiff has conferred with opposing counsel in this matter, Mr. Kirk Manhardt, to gain his position on this request. Mr. Manhardt has indicated that he is unopposed to this motion. Counsels have agreed that Plaintiffs will file their response, if this motion is granted by the court, on

August 15, 2007, and that Defendants shall file their reply on September 12, 2007.

4. This request is not made for delay, but in the interest of justice.

WHEREFORE, premise considered, plaintiff prays the court grant PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF and to any such relief they may be entitled.

Respectfully submitted,

James W. Myart, Jr. P.C.
1104 Denver Blvd, Suite 300
San Antonio, Texas 78210
Phone: (210) 533-9461
Fax: (210) 533-4815

By: /S/
James W. Myart, Jr.
Federal Bar No. TX 0021

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the foregoing instrument has been served on Kirk Manhardt, attorney for Defendants on this 29th day of June, 2007 via ECF and facsimile transmission.

/s/
James W. Myart, Jr.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant** | ) | **No. 06-124C (Judge Williams)** |

**ORDER**

On this day came to be heard PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF.

It is found that Plaintiff's motion is meritorious, therefore, the motion is hereby GRANTED.

Plaintiffs are to respond to Defendant's Supplemental Brief by August 15, 2007.

Defendant shall file a reply to Plaintiffs' response by September 12, 2007.

____________________
DATE

________________________________
JUDGE PRESIDING