# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed July 2, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT WILLIAMS and LAVERNE WILLIAMS,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF**

---

On June 29, 2007, Plaintiff filed an unopposed motion for an enlargement of time of 47 days, to and including **August 15, 2007**, in which to file its response to the Defendant's supplemental brief. Plaintiff's motion is **GRANTED**. Plaintiff shall file its response to Defendant's motion to dismiss by **August 15, 2007,** and Defendant shall file its reply on **September 12, 2007.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**