# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed August 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT WILLIAMS and**
**LAVERNE WILLIAMS,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL BRIEF**

---

On August 15, 2007, Plaintiff orally moved for an enlargement of time of 7 days, to and including **August 22, 2007**, in which to file its response to the Defendant's supplemental brief. Defendant does not oppose the motion. Plaintiff's motion is **GRANTED**. Plaintiff shall file its response to Defendant's supplemental brief by **August 22, 2007,** and Defendant shall file its reply by **September 19, 2007.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**