# THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT WILLIAMS and<br>LAVERNE WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-124C<br>(Judge Williams) |

**PLAINTIFFS' NOTICE OF VOULUTARY DISMISSAL**

Pursuant the Court's order dated April 6, 2007, Plaintiffs, after much legal research, trepidation and review of (1) to 28 U.S.C. § 1500, (2) applicable case law and (3) Defendant's Supplemental Brief in Support of Motion to Dismiss, notice the Court, hereby, of their decision to file this PLAINTIFFS' NOTICE OF VOULUTARY DISMISSAL and would show upon the honorable Court the following:

The statutory and applicable case law prohibit this Court from entertaining the action pending before the Court.

Plaintiffs, by and through Counsel, notice the Court that they wish this case be dismissed with prejudice. Counsel has advised Plaintiffs of the statutory and applicable case law prohibiting this action. Plaintiffs have approved the filing of this pleading.

Respectfully submitted,

Law Office of
James W. Myart, Jr. P.C.
306 Preston Avenue
San Antonio, Texas 78210
Phone: (210) 533-9461
Fax: (210) 533-4815

By _/s/____________________

James W. Myart, Jr.

**CERTIFCATE OF FILING**

A copy of the foregoing has been served this 22ND day of August, 2007 on Mr. Kirk Manhardt, Counsel for Defendant via ECF and FAX .

/s/_____________________
James W. Myart, Jr.