# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed August 23, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT WILLIAMS and LAVERNE WILLIAMS,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER OF DISMISSAL

---

On August 22, 2007, Plaintiffs filed a Notice of Voluntary Dismissal with the Court requesting that the above-captioned action be dismissed with prejudice.

In accordance with Plaintiffs' Notice of Voluntary Dismissal, the Clerk is directed to dismiss the above-captioned action with prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**