# In the United States Court of Federal Claims

**No. 06-124 C**

**ROBERT WILLIAMS and**
**LAVERNE WILLIAMS**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed August 23, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

John S. Buckley
Acting Clerk of Court

February 4, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.