**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 06-124C** |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF LAVERNE WILLIAMS**

I, Laverne Williams, make the following declaration in accordance with 28 U.S.C. Section 1746. I am aware that this declaration may be filed in the matter pending before the United States Court of Federal Claims, and that this declaration is the legal equivalent of a statement under oath.

My name is Laverne Williams. I am a Resident of Nolan County, Texas, and I have previously attained the age of nineteen (19) years. I have personal knowledge of each fact sworn to herein and I am competent to testify as to the veracity thereof.

I am a plaintiff in the above-styled action, along with my husband Robert Williams. The above-styled action was originally filed by my attorney James W. Myart, Jr. of San Antonio Texas, on February 22, 2006.

I have never had any discussion with attorney James W. Myart, Jr. concerning the dismissal of the above-styled action from the United States Court of Federal Claims. My attorney, James W. Myart, Jr., never asked for my opinion or permission to dismiss the above-styled action against the United States. I did not authorize Mr. James W. Myart to file a Notice of Voluntary Dismissal in the United States Court of Federal Claims. I had no knowledge that an Order of Dismissal had been issued by The United States Court of Federal Claims in my case against the United States until I was informed of said circumstance in late June 2008 by my new counsel, Howell Roger Riggs, of Huntsville, Alabama.

I believe that the claims originally asserted against the United States in the above-styled action are meritorious, and I wish to pursue recovery thereon.

Executed under penalty of perjury, this the 23rd day of July, 2008.

La-Verne Williams

LAVERNE WILLIAMS