**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBERT WILLIAMS and LAVERNE WILLIAMS** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 06-124C** |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF GWEN BOYD**

I, Gwen Boyd, make the following declaration in accordance with 28 U.S.C. Section 1746. I am aware that this declaration may be filed in the matter pending before the United States Court of Federal Claims, and that this declaration is the legal equivalent of a statement under oath.

My name is Gwen Boyd. I am a Resident of Nolan County, Texas, and I have previously attained the age of nineteen (19) years. I have personal knowledge of each fact sworn to herein and I am competent to testify as to the veracity thereof.

I am the daughter of Robert Williams and Laverne Williams, plaintiffs in the above-styled action. The above styled-action was originally filed by attorney James W. Myart, Jr. of San Antonio, Texas, on February 22, 2006.

I was authorized by both my parents, Robert Williams and Laverne Williams, plaintiffs in the above-styled action, to discuss their case with their attorney, James W. Myart, Jr.

I have never had any discussion with attorney James W. Myart, Jr. concerning the dismissal of the above-styled action from the United States Court of Federal Claims. Mr. James W. Myart, Jr., never asked for my opinion or permission to dismiss the above-styled action against the United States. I did not authorize Mr. James W. Myart, on behalf of my parents, to file a Notice of Voluntary Dismissal in the United States Court of Federal Claims. I had no knowledge that an Order of Dismissal had been issued by The United States Court of Federal Claims on my parent's case, against the United States until my parents were informed of said circumstance in late June 2008 by their new counsel, Howell Roger Riggs, of Huntsville, Alabama.

Executed under penalty of perjury, this the 23rd day of July, 2008.

Gwen Boyd

GWEN BOYD