IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT WILLIAMS and<br>LAVERNE WILLIAMS, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 06-124C<br>(Mary Ellen Coster Williams) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION TO SUBSTITUTE COUNSEL**

Come now the plaintiffs, Robert and Laverne Williams, by and through their undersigned counsel, and move this Honorable Court, pursuant to Rule 83.1(c)(4) of the Rules of the Unites States Court of Federal Claims, to make a substitution for their previously designated attorney of record. In support of this motion, the plaintiffs would show unto the Court as follows:

1. The plaintiffs former attorney of record was, James W. Myart, Jr., of San Antonio, Texas.

2. Prior to filing this motion, the plaintiffs have terminated their employment of Mr. Myart.

3. The plaintiffs have hired Howell Roger Riggs and Timothy P. Pittman to serve as their new counsel in this case, and desire that Mr. Riggs be substituted for Mr. Myart, as their attorney of record, and Mr. Pittman be designated as "of counsel". (See Attached Affidavit of Appointment)

4. The plaintiffs have attempted to contact Mr. Myart regarding the prayer of this motion, but have been unsuccessful in reaching him.

WHEREFORE, the premises considered, the plaintiffs move this Honorable Court to designate the undersigned counsel as their counsel of record in the above-styled action.

Respectfully submitted on this the 1st day of August, 2008.

**/s/ Howell Roger Riggs**
Howell Roger Riggs
Timothy P. Pittman
Attorneys for the Plaintiffs
Dick Riggs Miller LLP
200 Clinton Avenue West, Suite 1050
Huntsville, Alabama 35801
Tel: (256) 564-7317
Fax: (256) 564-7319
hriggs@drmslaw.net

**Certificate of Service**

I, Howell Roger Riggs, do hereby certify that as of the 1st day of August, 2008, a true and correct copy of the foregoing Motion has been lawfully served upon counsel for the defendant incident to the electronic filing hereof, and by U.S. Mail, postage pre-paid and properly addressed to the following:

Doris Susan Finnerman
U.S. Department of Justice, Civil Division
1100 L. Street, N.W.
Classification Unit, 8th Floor
Washington, DC 20530

Kirk Thomas Manhardt
U.S. Department of Justice, Civil Division
1100 L. Street, N.W.
Classification Unit, 8th Floor
Washington, DC 20530

Further, pursuant to Rule 83.1(c)(1) of the Rules of the Unites States Court of Federal Claims, I hereby certify that as of the 1st day of August, 2008, a true and correct copy of the foregoing Motion has been lawfully served upon the former counsel for the plaintiffs, James W.

Myart, Jr., incident to the electronic filing hereof, and by U.S. Mail, postage pre-paid and properly addressed to the following:

James W. Myart, Jr.
306 Preston Avenue
San Antonio, Texas 78210

**/s/ Howell Roger Riggs**
Howell Roger Riggs