IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT WILLIAMS and<br>LAVERNE WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-124C<br>(Mary Ellen Coster Williams) |

**AFFIDAVIT OF APPOINTMENT**

I, Howell Roger Riggs, being duly sworn, deposeth and swear to the following:

1. My name is Howell Roger Riggs, I have previously attained that age of eighteen years, and I am in all respects fit and capable of making this sworn statement.

2. I am an attorney admitted to the Bar of the United States Court of Federal Claims.

3. I, along with my firm's associate, Timothy P. Pittman, who is also admitted to practice before this Court, have been retained by the above-styled plaintiffs to serve as their counsel of record in this action.

4. I have personal knowledge of each and every fact averred herein-above.

Further the affiant saith not.

Howell Roger Riggs

STATE OF ALABAMA )
)
COUNTY OF MADISON )

Before me, the undersigned Notary Public in and for said County and State, personally appeared Howell Roger Riggs, who being duly sworn, doth depose and say: That he has personal knowledge of the facts set forth in the foregoing affidavit, and that the same are true and correct to the best of his knowledge and belief.

Subscribed and sworn to before me on this the 1st day of August, 2008.

TIMOTHY PAUL PITTMAN NOTARY PUBLIC ALABAMA STATE AT LARGE

Timothy P. Pittman
Notary Public
My Commission Expires: 11/10/11