# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed August 5, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**ROBERT WILLIAMS and** *
**LAVERNE WILLIAMS,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL**

---

On August 1, 2008, Plaintiffs filed a motion, pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims (RCFC), requesting substitution of counsel. Plaintiffs have hired Howell Roger Riggs and Timothy Pittman, replacing their former counsel, James W. Myart. Plaintiffs request that Mr. Riggs be designated attorney of record and Mr. Pittman be designated "of counsel." Mr. Riggs has filed an affidavit of appointment as required by the Rules.

Plaintiffs have attempted to contact their former counsel, Mr. Myart, regarding the motion, but have been unable to reach him. In the absence of the consent of the previous attorney of record, RCFC 83.1(c)(4) provides that Mr. Myart has 14 days to show cause why the motion should not be allowed. However, the Court deems this procedure unnecessary in the instant case as Mr. Myart is no longer a licensed attorney and is ineligible to represent Plaintiffs under the Rules of this Court. See RCFC 83.1(b)(1) ("Any person of good moral character who has been admitted to practice before. . .the highest court of any state. . . and is in good standing therein, may be admitted to practice before this court. . . ."). In so ruling, the court takes judicial notice of the fact that James P. Myart has surrendered his law license. See State Bar of Texas Member Directory, http://www.texasbar.com (accessed July 30, 2008); Williams v. Johanns, 555 F. Supp. 2d 162, n. 1 (D. D.C. 2008) (parallel case) (stating that the United States District Court of the District of Columbia had rejected the renewal of his membership in its bar and quoting Roberts v. Bexar County

Hosp. Dist., Civ. A. No. 06-221, Order at 1 (W.D.Tex. Apr. 16, 2008) that Myart "has been suspended for a term of three years by the State Bar of Texas."). Accordingly, the Court summarily **GRANTS** Plaintiffs' motion.

The Clerk of the Court is directed to make the requisite changes to the docket sheet and the CM/ECF system forthwith.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**