**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ROBERT WILLIAMS and LAVERNE WILLIAMS, | ) | |
| Plaintiff S | ) | |
| v. | ) | No. 06-124C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO MOTION FOR RELIEF FROM ORDER OF DISMISSAL**

Defendant, the United States, respectfully moves this Court to enlarge the time within which defendant may respond to plaintiffs' motion for relief from order pursuant to Rule 60(b) filed on July 29, 2008. Defendant's response is currently due on or before August 15, 2008 and we seek an enlargement of 32 days, until September 16, 2008, within which to file our response. This is the first request for enlargement of time for this purpose. Defendant's counsel has conferred with plaintiffs' counsel who has authorized us to state that plaintiffs consent to the relief sought in this motion.

As explained in plaintiffs' motion, plaintiffs seek relief from the Order entered by the Court on August 23, 2007, that dismissed the complaint upon consideration of plaintiffs' notice of voluntary dismssal. As grounds, plaintiffs assert that prior counsel acted without authority and without their knowledge in filing the notice of voluntary dismissal.

We request additional time within which to respond to plaintiffs' motion in order that we may fully review the issues raised by plaintiffs. In addition, counsel advises the Court that he will be away from his office on a long-planned vacation from August 12-21, 2008, and is currently completing briefing cross-motions upon summary judgment in <u>San Carlos Irrigation</u>

<u>and Drainage District v. United States</u>, No. 06-576 (Fed. Cl.) in addition to handling a variety of administrative duties. Finally, the parties have conferred and counsel have agreed that the additional time will allow the parties to discuss the issues raised by the motion.

For the foregoing reasons, defendant, with plaintiffs' consent, requests the Court to grant this motion and enlarge the time within which defendant may respond to plaintiffs' motion for relief from order by 32 days, to and including September 16, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-0541
Facsimile: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

RICK GIBSON
Office of the General Counsel
U.S. Department of Agriculture

August 6, 2008

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 6th day of August 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO MOTION FOR RELIEF FROM ORDER OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ KirkManhardt