# In the United States Court of Federal Claims

**No. 06-124C**
**(Filed August 8, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT WILLIAMS and LAVERNE WILLIAMS,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

On August 6, 2008, Defendant filed an unopposed motion for an enlargement of time to file a response to Plaintiff's Rule 60(b) motion. Good cause having been shown, this motion is **GRANTED**. Defendant shall respond to the motion no later than **September 16, 2008.** Plaintiff shall file its reply no later than **September 30, 2008.** An evidentiary hearing on the motion is scheduled for **October 22, 2008, at 10 a.m.** in San Antonio, TX.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**