IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WILLIAMS ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-124C |
| v. | ) | |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of PATRYK J. DRESCHER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

PATRYK J. DRESCHER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

*/s Patryk J. Drescher*
PATRYK J. DRESCHER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0464
Fax: (202) 307-0972

September 15, 2008

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2008, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s Patryk J. Drescher*